**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE SAMUEL LAW FIRM
Michael Samuel (MS 7997)
1441 Broadway, Suite 6085,
New York 10018
(212) 563-9884
michael@thesamuellawfirm.com
*Attorneys for Defendant*

| | |
|---|---|
| MARIA POWELL, on behalf of herself and all others similarly situated, | |
| *Plaintiff*, | DOCKET NO. 1:26-cv-03910-AT |
| - *vs.* – | |
| DC ALPINE PARTNERS, LLC, d/b/a SWEATBLOCK, | **NOTICE OF MOTION** |
| *Defendant.* | |

        PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendant DC ALPINE PARTNERS, LLC d/b/a SWEATBLOCK, will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) to bring the attached Motion to Dismiss on for hearing at such time and date as the Court may determine.

        Dated: July 6, 2026

Respectfully submitted,

 */s/* Michael Samuel
Michael Samuel (MS 7997)
THE SAMUEL LAW FIRM
1441 Broadway, Suite 6085
New York, New York 10018
(212) 563-9884
*Attorney for Defendant*