UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA POWELL, on behalf of herself and all
others similarly situated,

Plaintiff,

-against-

DC ALPINE PARTNERS, LLC, d/b/a
SWEATBLOCK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/7/2026   

26 Civ. 3910 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 6, 2026, Defendant moved to dismiss Plaintiff's complaint.  *See* Mot., ECF No. 13; Mem., ECF No. 14.  Defendant's motion is DENIED without prejudice for failure to comply with Rule III(B) of the undersigned's Individual Practices in Civil Cases, which requires the exchange of two sets of pre-motion letters prior to filing a motion to dismiss.  By **July 21, 2026**, Defendant shall answer or otherwise respond to the complaint.  Transmittal of the second pre-motion letter for a proposed motion under Federal Rule of Civil Procedure 12(b) stays the time to answer or move to dismiss under further order of the Court.  *See* Rule III(B)(iii).

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Dated: July 7, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge